```
1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729
```

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Andres Giffin, | No. 2:12-cv-2279 WBS EFB |
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | |
| United States Citizenship and Immigration Services, | |
| Defendants. | |

On December 10, 2012, United States Citizenship and Immigration Services (USCIS) reopened the visa revocation decision that was the final administrative decision in this case. Because there is no longer a final agency decision, the parties stipulate to hold the lawsuit in abeyance pending issuance of a new decision by USCIS. The parties agree to file a Joint Status Report no later than March 4, 2013, advising as to the status of the case. The Scheduling Conference is continued to **March 18, 2013 at 2:00 p.m.**

Dated: December 11, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

/s/ Daniel Karalash
DANIEL KARALASH
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is held in abeyance. A joint status report is to be filed no later than March 4, 2013. The status conference currently set for January 7, 2013, is reset to **March 18, 2013 at 2:00 p.m.**

IT IS SO ORDERED.

DATED:  December 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE