1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
7

8  Andres Giffin,                          )   No. 2:12-cv-2279 WBS EFB
                                           )
9              Plaintiff,                   )   JOINT STIPULATION AND [~~PROPOSED~~]
                                           )   ORDER
10      v.                                  )
                                           )
11  United States Citizenship and Immigration  )
    Services,                               )
12                                          )
               Defendants.                  )
13  _____ )

14      This matter is currently in abeyance as United States Citizenship and Immigration Services

15  (USCIS) reopened the visa revocation decision that was the final administrative decision in this case.

16  The parties now agree to continue the abeyance period an additional 60 days, until May 3, 2013,

17  pending the issuance of a new decision by USCIS.  The parties agree to file a Joint Status Report no

18  later than May 3, 2013, advising as to the status of the case.

19

20

21  Dated: February 21, 2013                Respectfully submitted,
                                            BENJAMIN B. WAGNER
22                                          United States Attorney

23                                   By:    /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
24                                          Assistant U.S. Attorney

                                            /s/ Daniel Karalash
25                                          DANIEL KARALASH

                                            Attorney for the Plaintiff
26

27

28

                                            1

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is held in abeyance.  A joint status report is to be filed no later than May 3, 2013.  The status conference currently set for March 18, 2013, is reset to   **May 13, 2013 at 2:00 p.m.**

IT IS SO ORDERED.

DATED:  February 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE