DANIEL M. KARALASH  (SBN 176422)
LORI PORTER (SBN 126014)
Strategic Law Command
1207 Front Street, Suite 15
Sacramento, CA 95814

Email: dan@stratlaw.org
Tel:  (916) 787-1234
Fax:  (916) 520-3920

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Giffin, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>United States Citizenship and Immigration Services, <br><br>　　　　Defendants. | Case No.: 2:12-cv-2279 WBS EFB <br><br> JOINT STIPULATION AND ORDER FORVOLUNTARY DISMISSAL OF ACTION |

　　This matter has been held in abeyance since the United States Citizenship and Immigration Services (USCIS) had agreed to reopen its previous decision to revoke the Visa of real party in interest Sarahi D Soto De Giffin.  USCIS's decision had been final thereby requiring Plaintiff to bring this action.

　　Based upon USCIS further investigation, USCIS has issued real party in interest Sarahi D Soto De Giffin documentation and acceptance into the United States of America as a Lawful Permanent Resident.

As the ultimate objective of Plaintiff and real party in interest's goals have been met, the parties hereby STIPULATE that the above-entitled matter is dismissed with each party to bear their own attorney fees and costs.

Dated: May 3, 13

By: _____//s//_____
Daniel M. Karalash
Attorney for Plaintiff


By: _____//s//_____
Audrey B. Hemesath
Assistant U.S. Attorney

## **ORDER**

Pursuant to this Joint Stipulation and the reasons stated herein, IT IS HEREBY ORDERED, that this case be dismissed with each party to bear their own attorney fees and costs.

IT IS SO ORDERED

Dated: May 03, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE